UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

OMAR McFARLAND,

                          Plaintiff,

          -against--

THE CITY OF NEW YORK,
NEW YORK CITY POLICE SERGEANT
DAVID GRIECO, Shield #0380, PSA 2,
NEW YORK CITY POLICE SERGEANT
ROBERT MARTINEZ, Shield #1369,
75th Precinct,
NEW YORK CITY POLICE DETECTIVE
JOSEPH FERNANDEZ, Shield #1815,
Narcotics Borough Brooklyn North,

                          Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-04184 (KAM) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

        2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 28, 2018

VICTOR M. BROWN
*Attorney for Plaintiff*
11 Park Place
Suite 1100
New York, New York 10007
212-227-7373

By: _____
Victor M. Brown
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
   David Grieco, and Robert Martinez*
100 Church Street
New York, New York 10007

By: _____
Christopher D. DeLuca
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KYIO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2