UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

OMAR McFARLAND,

                              Plaintiff,

          -against--

THE CITY OF NEW YORK,
NEW YORK CITY POLICE SERGEANT
DAVID GRIECO, Shield #0380, PSA 2,
NEW YORK CITY POLICE SERGEANT
ROBERT MARTINEZ, Shield #1369,
75th Precinct,
NEW YORK CITY POLICE DETECTIVE
JOSEPH FERNANDEZ, Shield #1815,
Narcotics Borough Brooklyn North,

                              Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-04184 (KAM) (JO)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and
2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge

April 5, 2018

Dated: New York, New York
March 28, 2018

| | |
|---|---|
| VICTOR M. BROWN<br>*Attorney for Plaintiff*<br>11 Park Place<br>Suite 1100<br>New York, New York 10007<br>212-227-7373<br><br>By: _____/s/_____<br>Victor M. Brown<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*David Grieco, and Robert Martinez*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____/s/_____<br>Christopher D. DeLuca<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. KYIO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2